AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by th⸱ ⸱ Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Pfaelzer, Mariana R | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>05/07/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>312 North Spring Street<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member, Board of Trustee | Norton Simon Museum |
| 2.   Trustee | Trust # 1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 14 P 2:42 FINANCIAL DISCLOSURE OFFICE



| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 05/07/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 05/07/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | | (1) | | (1) | (2) | (1) | | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | |
|---|---|---|---|---|---|---|---|---|---|---|

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.       -CA State 4% 12/1/08 | B | Interest | L | T | | | | | |
| 19.       -CA State General Obligation 5.5% 10/1/07 | C | Interest | | | Redemption | 10/1 | L | A | |
| 20.       -CA State Ref 5.0% 10/1/08 | D | Interest | M | T | | | | | |
| 21.       -CA State 5.0% 3/1/09 | D | Interest | M | T | | | | | |
| 22.       -CA State General Obligation 4.75% 5/1/08 | C | Interest | M | T | | | | | |
| 23.       -CA State 5.0% 10/1/07 | C | Interest | | | Redemption | 10/1 | L | A | |
| 24.       -CA State 5.0% 3/1/09 | C | Interest | M | T | | | | | |
| 25.       -CA State 4.75% 6/1/07 | C | Interest | | | Redemption | 6/1 | M | A | |
| 26.       -CA State 5.0% 11/1/07 | D | Interest | | | Redemption | 11/1 | N | A | |
| 27.       -CA State 5.25% 11/1/08 | C | Interest | M | T | | | | | |
| 28.       -CA State 5.0% 2/1/09 | C | Interest | M | T | | | | | |
| 29.       -CA State 4.0% 2/1/08 | D | Interest | N | T | | | | | |
| 30.       -CA State 4.5% 2/1/09 | D | Interest | M | T | | | | | |
| 31.       -CA State 5.0% 2/1/08 | C | Interest | M | T | | | | | |
| 32.       -CA State Public Works Bd Energy Efi Rev 5.15% 9/1/07 | B | Interest | | | Redemption | 9/1 | K | A | |
| 33.       -CA State Economic 5.0% 7/1/07 | D | Interest | | | Redemption | 7/1 | N | A | |
| 34.       -CA State Economic 5.0% 1/1/08 | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    -CA State 5.0% 12/1/09 | B | Interest | M | T | Buy | 7/20 | M | | |
| 53.    -CA State 5.0% 2/01/11 | | None | M | T | Buy | 10/9 | M | | |
| 54.    -CA State 5.0% 4/1/10 | | None | M | T | Buy | 12/18 | M | | |
| 55.    -CA State 5.25% 2/1/10 | | None | M | T | Buy | 11/02 | M | | |
| 56.    -CA State 5.375% 10/1/27 | | None | M | T | Buy | 10/26 | M | | |
| 57.    -CA State 5.5% 6/1/10 | A | Interest | M | T | Buy | 8/10 | M | | |
| 58.    -CA State 5.5% 6/1/11 | A | Interest | M | T | Buy | 10/30 | M | | |
| 59.    -CA State 5.75% 10/1/10 | A | Interest | L | T | Buy | 7/20 | L | | |
| 60.    -CA State 5.75% 5/1/30 | A | Interest | M | T | Buy | 8/30 | M | | |
| 61.    -CA State 5.5% 5/1/09 | B | Interest | M | T | Buy | 2/27 | M | | |
| 62.    -CA State 5.5% 5/1/10 | A | Interest | M | T | Buy | 7/20 | M | | |
| 63.    -CA State 6% 12/1/09 | B | Interest | L | T | Buy | 02/16 | L | | |
| 64.    -CA State Econ 5.0% 7/1/09 | A | Interest | M | T | Buy | 01/16 | M | | |
| 65.    -CA State Econ 5.25% 1/1/10 | A | Interest | M | T | Buy | 2/16 | M | | |
| 66.    -CA State Econ 5.25% 1/1/10 | | None | M | T | Buy | 6/28 | M | | |
| 67.    -CA State Econ 5.25% 1/1/11 | | None | M | T | Buy | 7/27 | M | | |
| 68.    -CA State Econ 5.25% 1/1/10 | | None | M | T | Buy | 9/10 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Elk Grove CA 5.0% 9/1/10 | A | Interest | M | T | Buy | 8/30 | M | | |
| 70. -LA CA Muni 5.0% 1/1/11 | | None | M | T | Buy | 8/30 | M | | |
| 71. -LA CA Wt 5.0% 7/1/10 | | None | M | T | Buy | 8/24 | M | | |
| 72. -LA County CA 4.375% 11/1/10 | A | Interest | M | T | Buy | 8/24 | M | | |
| 73. -Riverside CA Sewer Rev 7.0% 8/1/09 | A | Interest | L | T | Buy | 2/16 | L | | |
| 74. -Sacramento CA 5.45% 6/1/19 | A | Interest | M | T | Buy | 8/24 | M | | |
| 75. -US Treasury Notes 5.5% 2/15/08 | D | Interest | M | T | | | | | |
| 76. -US Treasury Notes 5.625% 5/15/08 | D | Interest | M | T | | | | | |
| 77. -US Treasury Notes 4.75% 11/15/08 | C | Interest | L | T | | | | | |
| 78. -US Treasury Notes 3.25% 8/15/07 | D | Interest | | | Redemption | 8/15 | M | A | |
| 79. -US Treasury Notes 3.0% 11/15/07 | D | Interest | | | Redemption | 11/15 | M | A | |
| 80. -US Treasury Notes 3.0% 2/15/08 | C | Interest | L | T | | | | | |
| 81. -US Treasury Notes 3.25% 8/15/08 | D | Interest | N | T | | | | | |
| 82. -US Treasury Notes 3.125% 9/15/08 | C | Interest | L | T | | | | . | |
| 83. -US Treasury Notes 3.375% 11/15/08 | C | Interest | L | T | | | | | |
| 84. -US Treasury Notes 3.375% 12/15/08 | C | Interest | L | T | | | | | |
| 85. -US Treasury Notes 3.125% 5/15/07 | D | Interest | | | Redemption | 5/15 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.    -US Treasury Notes 2.75% 8/15/07 | D | Interest | | | Redemption | 8/15 | N | | |
| 87.    -US Treasury Notes 3.125% 1/31/07 | C | Interest | | | Redemption | 1/31 | N | | |
| 88.    -US Treasury Notes 3.375% 2/15/08 | D | Interest | N | T | | | | | |
| 89.    -US Treasury Notes 3.75% 5/15/08 | D | Interest | M | T | Sell | 4/23 | K | | |
| 90.    -US Treasury Notes 4.125% 8/15/08 | D | Interest | N | T | | | | | |
| 91.    -CA State 5.0% 10/1/2009 | C | Interest | M | T | | | | | |
| 92.    -CA State FGIC-TCRS 6.6% 02/1/09 | B | Interest | M | T | | | | | |
| 93.    -CA State Economic Recovery 5.0% 01/01/09 | D | Interest | M | T | | | | | |
| 94.    -CA State Economic Recovery 5.0% 01/01/09 | D | Interest | M | T | | | | | |
| 95.    -Sacramento CA City Uni Sch Ser A 5.75% 07/01/13 | A | Interest | L | T | | | | | |
| 96.    -South Orange County CA Public Financing  8.0% 8/15/09 | A | Interest | L | T | | | | | |
| 97.    -US Treasury Notes 3.875% 9/15/10 | | None | M | T | Buy | 12/31 | M | | |
| 98.    -US Treasury Notes 3.625% 1/15/10 | | None | M | T | Buy | 10/04 | M | | |
| 99.    -US Treasury Notes 3.625% 1/15/10 | | None | M | T | Buy | 12/31 | M | | |
| 100.    -US Treasury Notes 3.625% 6/15/10 | | None | M | T | Buy | 12/31 | M | | |
| 101.    -US Treasury Notes 3.875% 7/15/10 | | None | M | T | Buy | 10/4 | M | | |
| 102.    -US Treasury Notes 4.625% 11/15/09 | A | Interest | M | T | Buy | 10/4 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 05/07/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. 2010 Reservoir RD Investors LLC | D | Rent | L | U | | | | | |
| 104. | A | Interest | | | | | | | See Section VIII |
| 105. | D | Distribution | | | | | | | See Section VIII |
| 106. Wells Fargo Checking # 2 " Construction Account" | A | Dividend | | | Closed | 01/01 | J | | |
| 107. Trust # 1 | | | | | | | | | |
| 108. -Shares Wells Fargo Govt Money Market Fund | C | Dividend | L | T | | | | | |
| 109. -Fed Home Loan Bank Bond 5.0% 08/20/08 | C | Interest | | | Sell | 04/04 | L | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 05/07/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. page 4, # 2. Distribution from # 1
VII. page 4, # 5. Distribution from # 4
VII. page 10, # 103. Interest Income from # 102
VII. page 10, # 104. Distribution from # 102

| Name of Person Reporting | Date of Report |
|---|---|
| Pfaelzer, Mariana R | 05/07/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544